UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:04CR653-SNL |
| ) | |
| JONATHAN G. EPSTEIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has filed motion for early termination of probation as of June 7, 2006. The matter has been referred to the Assistant United States Attorney and the United States Probation Office for a report and recommendation.

A review of the file indicates that the loss in this matter was significant. The Guideline calculations indicated a loss of $1,380,100.00. At the time of sentencing, the Guideline Range was 21-27 months custody and the Court departed to a 60-month period of probation. As of May 21, 2006 defendant has completed 25 months of the probation term.

The Court is aware that defendant has paid his $10,000.00 fine and has successfully served his six-month period of home confinement. He has, in fact, maintained steady employment and has not violated the conditions of probation. He has been granted the authority to travel for purposes of business on a regular basis within the United States and abroad.

It is the opinion of the Court that although the defendant has been in compliance with the terms of probation, he has received substantial benefit from a rather substantial offense. A termination of probation this soon would not address properly the sentencing objectives of just punishment and general deterrence.

**IT IS THEREFORE ORDERED** that the request for early termination is **DENIED**.

Dated this 30th day of June, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE